UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>TEC INSTALLATIONS, INC., a California corporation; FRANCISCO JAVIER GONZALEZ, JR., also known as FRANCISCO GONZALEZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. EDCV 18-2358 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, Plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts' Motion for Default Judgment against Defendants TEC Installations, Inc. and Francisco Javier Gonzalez, Jr., also known as Francisco Gonzalez, is GRANTED IN PART. Plaintiffs' requests for unpaid contributions, liquidated damages, prejudgment interest, and attorneys' fees are GRANTED.

Plaintiffs' request for injunctive relief is DENIED. Judgment is entered in favor of Plaintiffs. Judgment is hereby entered as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST TEC INSTALLATIONS, INC., a California corporatin:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $17,343.56 |
| 2. | Liquidated damages based on original contributions | $13,201.26 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to July 29, 2019 (accruing at $5.86 per day) | $3,797.55 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | $2,432.69 |

GRAND TOTAL $36,775.06

5. Plus costs to be determined after entry of judgment.
6. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the statutory rate.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF FOR DEFALCATION AGAINST FRANCISCO JAVIER GONZALEZ, JR., also known as FRANCISCO GONZALEZ, an individual:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $2,544.00 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to July 29, 2019 (accruing at $0.49 per day) | $292.49 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | $454.40 |
| | GRAND TOTAL | $3,290.89 |

4. Plus costs to be determined after entry of judgment.
5. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the statutory rate.

IT IS FURTHER ORDERED that Plaintiffs mail a copy of this Judgment and the Order filed concurrent herewith to Defendants. Plaintiffs shall file Proof of Service with the Court within ten days of the date of the Order.

Dated: August 21, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge